NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AL J. EVANS, JR.,**
*Petitioner*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent*

---

2024-1485

---

Petition for review of the Merit Systems Protection Board in No. DA-1221-22-0097-W-1.

---

**ON MOTION**

---

PER CURIAM.

## O R D E R

Upon consideration of Al J. Evans, Jr's. motion to withdraw his above-captioned appeal,

IT IS ORDERED THAT:

The motion is granted. This case is dismissed. Each side shall bear its own costs.

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

October 30, 2024
Date

ISSUED AS A MANDATE: October 30, 2024